CLOSED

RECEIVED
2007 JUL -31 A 10: 01
[DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA]

# U.S. District Court
## Northern District of Alabama (Southern)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-00147-PWG-ALL
### Internal Use Only

Case title: USA v. Bandy
Other court case number: 3:06cr234-MEF-DRB Middle District of Alabama

Date Filed: 06/22/2007

Assigned to: Magistrate Judge Paul W Greene

**Defendant**

**James Melvin Bandy** (1)     represented by    L. Dale Jones
DALE JONES, ATTORNEY AT LAW
3250 Independence Drive
Birmingham, AL 35209
205-879-7191
Fax: 205-879-9281
Email: DaleJonesatty@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Pending Counts**
None

**Disposition**

**Highest Offense Level (Opening)**
None

**Terminated Counts**
None

**Disposition**

**Highest Offense Level (Terminated)**
None

TRUE COPY
By: /s/ Robert L. Duncan, Jr.

**Complaints**
None

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Alice H Martin**, US Attorney<br>US ATTORNEY'S OFFICE<br>1801 4th Avenue North<br>Birmingham, AL 35203-2101<br>244-2001<br>Email: alice.martin@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**US Probation**<br>UNITED STATES PROBATION OFFICE<br>1729 5th Avenue, North<br>Birmingham, AL 35203<br>278-2100<br>Email: alnpdb_cmecf@alnp.uscourts.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**USM**<br>UNITED STATES MARSHAL<br>Hugo Black Courthouse, Room 240<br>1729 5th Avenue North<br>Birmingham, AL 35203<br>205-731-1712<br>Email: usms-aln-courts@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Scarlett M Singleton**<br>U. S. Attorney's Office<br>1801 Fourth Avenue North<br>Birmingham, AL 35203<br>205-244-2121<br>Fax: 205-244-2182<br>Email: scarlett.singleton@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/22/2007 | | Arrest Warrant (MD/AL) Returned Executed on 06/22/07. as to James Melvin Bandy. (RLD) (Entered: 06/22/2007) |
| 06/22/2007 | ● | Minute Entry for proceedings held before Judge Paul W Greene :Initial Appearance as to James Melvin Bandy held on 6/22/2007-Charges and Rights explained-Financial Affidavit executed and filed-Dft requested ct-apptd counsel and was found eligible for same-Attorney Dale Jones was appointed after court-Gov't requested detention and the 3-day |

| | | |
|---|---|---|
| | | continuance thereof-Court advised dft of his next scheduled ct-appearance, being Monday, 06/25/07, at 2:00 p.m., for a Detention/Identity Hrg, before Judge Greene, CR 2C-ORDER of Temporary Detention to be entered by the Court-Dft remanded to the custody of the Marshal. (Court Reporter None, FTR Recording.) (RLD) (Entered: 06/22/2007) |
| 06/22/2007 | ●1 | (Sealed Document) Financial Affidavit, in Support of Request for Attorney, executed and filed. (RLD) (Entered: 06/22/2007) |
| 06/22/2007 | ●2 | ORDER OF TEMPORARY DETENTION as to James Melvin Bandy Signed by Judge Paul W Greene on 06/22/07. (RLD) (Entered: 06/22/2007) |
| 06/25/2007 | ● | Minute Entry for proceedings held before Judge Paul W Greene :Detention/Identity Hearing as to James Melvin Bandy scheduled on 6/25/2007-Court's preliminary remarks-Dft advised the Court that he wishes to WAIVE the Identity Hrg and consents to have the detention hrg held in the MD/AL-WAIVER (Identity) of Rule 40 Hearings executed and filed-Court so ORDERS dft detained, to be transported to the MD/AL-COMMITMENT (Order) to Another District to be entered by the Court-Dft remanded to the custody of the Marshal. (Court Reporter, Virginia Flowers.) (RLD) (Entered: 06/25/2007) |
| 06/25/2007 | ●3 | COMMITMENT (Order) TO ANOTHER DISTRICT as to James Melvin Bandy. Defendant committed to the Middle District of Alabama. Signed by Judge Paul W Greene on 06/25/07. (RLD) (Entered: 06/25/2007) |
| 06/25/2007 | ●4 | WAIVER (Identity) of Rule 40 Hearings by James Melvin Bandy (RLD) (Entered: 06/25/2007) |
| 06/29/2007 | ●5 | CJA 20 as to James Melvin Bandy: Appointment of Attorney L. Dale Jones for James Melvin Bandy: Access appointment forms at CJA Forms Signed by Judge Paul W Greene on 06/22/07. (RLD) (Entered: 06/29/2007) |
| 06/29/2007 | | ***Set/Clear Flags as to James Melvin Bandy -- Case closed. (RLD) (Entered: 07/02/2007) |
| 07/02/2007 | | ***Staff Notes as to James Melvin Bandy: Certified copy of docket sheet and case paperwork forwarded to the MD/AL. (RLD) (Entered: 07/02/2007) |

| 1. CIR./DIST./DIV. CODE | 2. PERSON REPRESENTED | | | VOUCHER NUMBER |
|---|---|---|---|---|
| ALN | Bandy, James Melvin | | | |

| 3. MAG. DKT./DEF. NUMBER | 4. DIST. DKT./DEF. NUMBER | 5. APPEALS DKT./DEF. NUMBER | 6. OTHER DKT. NUMBER |
|---|---|---|---|
| 2:07-000147-001 | | | |

| 7. IN CASE/MATTER OF (Case Name) | 8. PAYMENT CATEGORY | 9. TYPE PERSON REPRESENTED | 10. REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| U.S. v. Bandy | Felony | Adult Defendant | Criminal Case |

11. OFFENSE(S) CHARGED (Cite U.S. Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
1) 18 922G.F -- UNLAWFUL TRANSPORT OF FIREARMS, ETC.

12. ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix) AND MAILING ADDRESS
JONES, L. DALE
3250 Independence Drive
Birmingham AL 35209

Telephone Number: (205) 879-7191

14. NAME AND MAILING ADDRESS OF LAW FIRM (only provide per instructions)

13. COURT ORDER
- [X] O Appointing Counsel
- [ ] C Co-Counsel
- [ ] F Subs For Federal Defender
- [ ] R Subs For Retained Attorney
- [ ] P Subs For Panel Attorney
- [ ] Y Standby Counsel

Prior Attorney's Name: _____
Appointment Date: _____

- [ ] Because the above-named person represented has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case,
or
- [X] Other (See Instructions)

Signature of Presiding Judicial Officer or By Order of the Court
06/22/2007 Date of Order
06/22/2007 Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time of appointment. [ ] YES [ ] NO

| | CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
|---|---|---|---|---|---|---|
| 15. In Court | a. Arraignment and/or Plea | | | | | |
| | b. Bail and Detention Hearings | | | | | |
| | c. Motion Hearings | | | | | |
| | d. Trial | | | | | |
| | e. Sentencing Hearings | | | | | |
| | f. Revocation Hearings | | | | | |
| | g. Appeals Court | | | | | |
| | h. Other (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 94.00 )   TOTALS: | | | | | |
| 16. Out of Court | a. Interviews and Conferences | | | | | |
| | b. Obtaining and reviewing records | | | | | |
| | c. Legal research and brief writing | | | | | |
| | d. Travel time | | | | | |
| | e. Investigative and Other work (Specify on additional sheets) | | | | | |
| | (Rate per hour = $ 94.00 )   TOTALS: | | | | | |
| 17. | Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18. | Other Expenses (other than expert, transcripts, etc.) | | | | | |

19. CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE
FROM _____ TO _____

| 20. APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21. CASE DISPOSITION |
|---|---|
| | |

22. CLAIM STATUS   [ ] Final Payment   [ ] Interim Payment Number _____   [ ] Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case?   [ ] YES   [ ] NO   If yes, were you paid?   [ ] YES   [ ] NO
Other than from the court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   [ ] YES   [ ] NO   If yes, give details on additional sheets.
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney: _____   Date: _____

| 23. IN COURT COMP. | 24. OUT OF COURT COMP. | 25. TRAVEL EXPENSES | 26. OTHER EXPENSES | 27. TOTAL AMT. APPR./CERT. |
|---|---|---|---|---|
| | | | | |

| 28. SIGNATURE OF THE PRESIDING JUDICIAL OFFICER | DATE | 28a. JUDGE / MAG. JUDGE CODE |
|---|---|---|
| | | |

| 29. IN COURT COMP. | 30. OUT OF COURT COMP. | 31. TRAVEL EXPENSES | 32. OTHER EXPENSES | 33. TOTAL AMT. APPROVED |
|---|---|---|---|---|
| | | | | |

| 34. SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | DATE | 34a. JUDGE CODE |
|---|---|---|
| | | |

TRUE COPY
By: Robert L. Duncan

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.

WAIVER OF RULE 40 HEARINGS
(Excluding Probation Cases)

Case Number   2:07-mj-0147-PWG   (ND/AL)
              3:06cr234-MEF      (MD/AL)

JAMES MELVIN BANDY

I, JAMES MELVIN BANDY, understand that in the Middle District of Alabama, charges are pending alleging violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 844(a), and that I have been arrested in this District and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

( )   identity hearing

( )   preliminary hearing

(✓)   identity hearing and have been informed I have no right to a preliminary examination

( )   identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

June 25, 2007

_____
JAMES MELVIN BANDY - Defendant

_____
DALE JONES - Attorney

TRUE COPY:
By: _____

4

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**

FILED
2007 Jun-25 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES OF AMERICA

vs.

CASE NUMBER  2:07-mj-0147-PWG
Charging District Case Number  3:06cr234-MEF-DRB

JAMES MELVIN BANDY

## COMMITMENT TO ANOTHER DISTRICT

The defendant is charged with a violation of 18 U.S.C. § 922(g)(1) and 21 U.S.C. § 844(a), alleged to have been committed in the Middle District of Alabama.

Brief description of charge(s): **Gun controlled act and controlled substance act**

The defendant has been unable to obtain release under the Bail Reform Act of 1984, 18 U.S.C. §§3141-3143.

TO:  THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant, all proceedings required by Fed.R.Crim.P.40 having been completed.

As to the foregoing it is SO ORDERED this the 25th day of June, 2007.

PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

| RETURN | | |
|---|---|---|
| This commitment was received and executed as follows: | | |
| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |



TRUE COPY:
By: Robert L. Duncan, Jr.

FILED
2007 Jun-22 PM 04:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

UNITED STATES OF AMERICA

vs.   CASE NUMBER   2:07-mj-0147-PWG   (ND/AL)
                    3:06cr234-MEF      (MD/AL)

JAMES MELVIN BANDY

## ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT

Upon the motion of the United States, it is ORDERED that **a detention/identity hearing** is SET for **Monday, June 25, 2007, at 2:00 p.m., Courtroom 2C\***, Hugo L. Black U. S. Courthouse, 1729 5th Avenue North, Birmingham, AL 35203, before the Honorable Paul W. Greene, Chief U. S. Magistrate Judge. Pending this hearing, the defendant shall be held in custody by the U. S. Marshal and produced for the hearing.

As to the foregoing it is SO ORDERED this the 22nd day of June, 2007.

_____
PAUL W. GREENE
CHIEF MAGISTRATE JUDGE

---

\*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon the motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

TRUE COPY:
By: _____

2

# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF
_____ VS. _____
James Melvin Bandy

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name)

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify) _____

DOCKET NUMBERS
Magistrate
07-147
District Court
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment  How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☐ No
RECEIVED          SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____   _____
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☐ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☐ No
VALUE          DESCRIPTION
IF YES, GIVE THE VALUE AND $ 2,500   74 Impala
DESCRIBE IT  ?  Land

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 0
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

TRUE COPY
By: Robert L. Duncan Jr.

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) Jun 21, 2007

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED) ▶ James Bandy

1

INITIAL APPEARANCE BEFORE MAGISTRATE JUDGE          1:52 - 1:59

UNITED STATES OF AMERICA

vs.                                                CASE NUMBER 2:07-mj-0147-PWG (ND/AL)
James Melvin Bandy                                             3:06cr234-MEF (MD/AL)

Date: 06/22/07                U. S. Magistrate Judge: ~~T. Michael Putnam~~ Paul W. Greene
AUSA: Scarlett Singleton
USPO: Julie Timmons
Charges & rights explained: Yes
Rule 20 provisions explained:
Defendant's next appearance: Monday, 06/25/07 @ 2:00 p.m., for a Detention/Identity Hearing, before Judge Greene, CR2C
Counsel: (retained / court-appointed) Defendant requested and was found eligible for same; Dale Jones appointed by the court
Bond:

Detention / Preliminary / Identity: See above

Remarks: Financial affidavit executed and filed; Government requested detention and the 3-day continuance thereof; Order of Temporary Detention to be entered by the Court; Defendant remanded to the custody of the Marshal

COURTROOM DEPUTY: Robert L. Duncan, Jr.
COURT REPORTER: (FTR Recording)

TRUE COPY
By: Robert L. Duncan, Jr.