## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:06cr234-MEF** |
| ) | |
| **JAMES MELVIN BANDY** ) | |

### NOTICE OF WAIVER OF DETENTION HEARING

COMES NOW the Defendant, **JAMES MELVIN BANDY**, by and through undersigned counsel, Michael J. Petersen, and submits this waiver of detention hearing. Although the Court previously scheduled a detention hearing in this case for July 9, 2007, after further consultation with undersigned counsel, Mr. Bandy agrees that it is not in his best interest to contest his detention at this time. Therefore, while Mr. Bandy has been advised of his right to a detention hearing in this case, he hereby expressly waives such right and respectfully requests that this Court enter an Order canceling the previously scheduled hearing.

Dated this 6th day of July 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO: 3:06cr234-MEF |
| | ) | |
| JAMES MELVIN BANDY | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Clark Morris, AUSA.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M