IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

UNITED STATES OF AMERICA      )
           )
v.                            )          3:06cr234-MEF
           )
JAMES MELVIN BANDY        )

## ORDER

For good cause, it is

ORDERED that the pretrial conference previously scheduled for September 21, 2007 be and hereby is **rescheduled for 3:00 p.m. on September 14, 2007** in Courtroom 5B, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama.

**All applicable deadlines contained in the prior arraignment order and pretrial order are adjusted accordingly, except the deadline for motions, which is not extended.**

Done, this 30th day of August, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE