IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | **CASE NO: 3:06cr234-MEF** |
| ) | |
| **JAMES MELVIN BANDY** ) | |

**NOTICE OF LACK OF CONFLICT**

COMES NOW the Defendant, James Melvin Bandy, by and through undersigned counsel, Michael J. Petersen, and respectfully notifies this Court that counsel does not have a conflict should the trial in the above matter be rescheduled for March 3, 2008 in Opelika, Alabama.

Dated this 18th day of December, 2007.

Respectfully submitted,

s/ Michael J. Petersen
MICHAEL J. PETERSEN
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: michael_petersen@fd.org
ASB-5072-E48M

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| V. | ) | **CASE NO: 3:06cr234-MEF** |
| | ) | |
| **JAMES MELVIN BANDY** | ) | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

A. Clark Morris, Esquire
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104

                Respectfully submitted,

                s/ Michael J. Petersen
                MICHAEL J. PETERSEN
                Assistant Federal Defender
                201 Monroe Street, Suite 407
                Montgomery, Alabama 36104
                Phone: (334) 834-2099
                Fax: (334) 834-0353
                E-mail: michael_petersen@fd.org
                ASB-5072-E48M