IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:06-cr-234-MEF |
| ) | |
| JAMES MELVIN BANDY ) | |

## **O R D E R**

It is hereby ORDERED that the trial of this case set for January 14, 2008 is rescheduled for the criminal term of court commencing at 10:00 A.M. on February 11, 2008 at the United States Courthouse **in Opelika, Alabama**.

The Magistrate Judge shall conduct a further pretrial conference prior to the February 11, 2008 trial term.

DONE this the 20th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE