IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 3:06cr234-MEF |
| | ) | |
| JAMES MELVIN BANDY | ) | |

## ORDER

Jury selection is set for February 11, 2008 in Opelika, Alabama. The trial of this case is set during the trial term commencing on February 11, 2008 in Opelika, Alabama before Chief United States District Judge Mark E. Fuller and is expected to last 1 ½ days.

1. Proposed voir dire questions shall be filed on or before February 4, 2008. Counsel should not include questions seeking information which is provided in the jury questionnaire.

2. All motions in limine shall be filed on or before February 4, 2008. Motions in limine must be accompanied by a brief. Failure to file a brief will result in denial of the motion.

3. Proposed jury instructions shall be filed on or before February 4, 2008.

4. The court will not consider a plea pursuant to Rule 11(c)(1)(A) or (C) unless notice is filed on or before noon on January 30, 2008 . The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on February 11, 2008 in Opelika, Alabama. The court will not continue the trial

of this case as to any defendant because a defendant's plea was not accepted.

In other words, the defendant and the government should not wait until the last

minute for a defendant to enter a guilty plea, and both the defendant and the

government should all be ready to go to trial on February 11, 2008 in Opelika,

Alabama, as to all defendants, even though a particular guilty plea was not

accepted by the court.

DONE, this 31st day of January, 2008.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE